## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **NewRez LLC d/b/a Shellpoint Mortgage Servicing** | **CIVIL ACTION NO:** |
| **Plaintiff** | **COMPLAINT** |
| **vs.** | **RE:**<br>207 Belgrade Road, Mount Vernon, ME 04352 |
| **Justin Legendre and**<br>**Town of Mt. Vernon Community**<br>**Development Program** | **Mortgage:**<br>April 29, 2022<br>Book 14437, Page 309<br>Kennebec Registry of Deeds |
| **Defendants**<br>**State of Maine - Maine Revenue Services**<br>**United States of America Through the**<br>**Secretary of Housing and Urban**<br>**Development** | |
| **Party-In-Interest** | |

NOW COMES the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendants, Justin Legendre and Town of Mt. Vernon Community Development Program, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by NewRez LLC d/b/a Shellpoint Mortgage Servicing, in which the Defendant, Justin Legendre, is the obligor and the total amount owed under the terms of the Note is One Hundred Eighty-Seven Thousand Six Hundred Fifty-Eight and 31/100 ($187,658.31) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. This Court also has jurisdiction pursuant to 28 U.S.C. § 2410(a) *see, Bautista Cayman Asset Co., v. Asociacion De Miembros De P.R.,* 17 F.4th 167, 171 (1st Cir. 2021).

4. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

5. Newrez LLC d/b/a Shellpoint Mortgage Servicing is a Delaware Limited Liability Company with the single member being Shellpoint Partners LLC, a Delaware Limited Liability company whose principal place of business 799 Broadway, Floor 8 Suite 825, New York, NY 10003.

6. Shellpoint Partners LLC is a Delaware Limited Liability Company with the two members being NRM Acquisition LLC and NRM Acquisition II LLC, a Delaware Limited Liability companies whose principal place of business is 799 Broadway, Floor 8 Suite 825, New York, NY 10003. Both NRM Acquisition LLC and NRM Acquisition II LLC have the same single member of New Residential Mortgage LLC, a Delaware Limited Liability company whose principal place of business is 799 Broadway, Floor 8 Suite 825, New York, NY 10003.

7. New Residential Mortgage LLC has a single member of Rithm Capital Corp. a Delaware Corporation whose principal address is 799 Broadway, Floor 8, New York, NY 10003. Accordingly, the Plaintiff is a citizen of both Delaware and New York.

8. The Defendant, Town of Mt. Vernon Community Development Program, is a citizen of Mt. Vernon, County of Kennebec and State of Maine.

9. The Defendant, Justin Legendre, is a resident of Mount Vernon, County of Kennebec and State of Maine.

10. The Party-in-Interest, The United States of America through the Secretary of Housing and Urban Development, is located at 451 Seventh Street SW, Washington D.C., DC 20410.

11. The Party-in-Interest, State of Maine - Maine Revenue Services, is located at 51 Commerce Dr, Augusta, ME 04330.

## FACTS

12. On March 15, 2022, by virtue of a Warranty Deed from Joseph Legendre, which is recorded in the Kennebec Registry of Deeds in **Book 14437, Page 305**, the property situated at 207 Belgrade Road, City/Town of Mount Vernon, County of Kennebec, and State of Maine, was conveyed to Justin Legendre, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

13. On April 29, 2022, Defendant, Justin Legendre, executed and delivered to T2 Financial LLC DBA/Revolution Mortgage a certain Note under seal in the amount of $177,721.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

14. To secure said Note, on April 29, 2022, Defendant, Justin Legendre, executed a Mortgage Deed in favor of T2 Financial LLC DBA/ Revolution Mortgage, securing the property located at 207 Belgrade Road, Mount Vernon, ME 04352 which Mortgage Deed is recorded

in the Kennebec Registry of Deeds in **Book 14437**, **Page 309**.  *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

15. The Mortgage was then assigned to Mortgage Electronic Registration Systems Inc by virtue of an Assignment of Mortgage dated April 29, 2022, and recorded in the Kennebec Registry of Deeds in **Book 14438**, **Page 128**.  *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

16. The Mortgage was then assigned to NewRez LLC d/b/a Shellpoint Mortgage Servicing by virtue of an Assignment of Mortgage dated October 21, 2022, and recorded in the Kennebec Registry of Deeds in **Book 14611**, **Page 72**.  *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

17. On July 17, 2023, the Defendant, Justin Legendre, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certified Mail Tracking Number (herein after referred to as the "Demand Letter").  *See* Exhibit F (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

18. The Demand Letter informed the Defendant, Justin Legendre of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter.  *See* Exhibit F.

19. The Defendant, Justin Legendre, failed to cure the default prior to the expiration of the Demand Letter.

20. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

21. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby certifies it is the lawful holder and owner of the Note and Mortgage.

22. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

23. Town of Mt. Vernon Community Development Program is a Defendant pursuant to a prior Mortgage in the amount of $15,000.00 dated September 15, 2004, which is recorded in the Kennebec Registry of Deeds in **Book 8204**, Page **65** which, upon information and belief, has been paid in full and should have been discharged and in the amount of $15,000.00 dated September 15, 2004, which is recorded in the Kennebec Registry of Deeds in **Book 8204**, Page **70** which, upon information and belief, has been paid in full and should have been discharged.

24. State of Maine - Maine Revenue Services is a Party-in-Interest pursuant to a Notice of State Lien in the amount of $3,629.40 dated August 24, 2022, and recorded in the Kennebec Registry of Deeds in **Book 14557**, **Page 252** and is in second position behind Plaintiff's Mortgage.

25. The United States of America through the Secretary of Housing and Urban Development is a Party-in-Interest pursuant to a Maine Mortgage in the amount of $16,689.42 dated May 2, 2023, and recorded in the Kennebec Registry of Deeds in **Book 14761**, **Page 332** and is in third position behind Plaintiff's Mortgage.

26. The total debt owed under the Note and Mortgage as of March 31, 2024, is One Hundred Eighty-Seven Thousand Six Hundred Fifty-Eight and 31/100 ($187,658.31) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $174,978.61 |
| Interest | $7,609.34 |
| Funds Owed by Borrower | $3,166.20 |
| Fees | $1,904.16 |

Grand Total                                                    $187,658.31

27. Upon information and belief, the Defendant, Justin Legendre is presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

28. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, repeats and re-alleges paragraphs 1 through 27 as if fully set forth herein.

29. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 207 Belgrade Road, Mount Vernon, County of Kennebec, and State of Maine. *See* Exhibit A.

30. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is the holder of the Note referenced in Paragraph 13 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, has the right to foreclosure and sale upon the subject property.

31. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, hereby certifies it is the current owner and investor of the aforesaid Mortgage and Note.

32. The Defendant, Justin Legendre, is presently in default on said Mortgage and Note, having failed to make the monthly payment due June 1, 2023, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note.

33. The total debt owed under the Note and Mortgage as of March 31, 2024, is One Hundred Eighty-Seven Thousand Six Hundred Fifty-Eight and 31/100 ($187,658.31) Dollars.

34. The record established through the Kennebec Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

35. By virtue of the Defendant, Justin Legendre's, breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

36. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendants, Justin Legendre and Mt. Vernon Community Development Program, on July 17, 2023, evidenced by the USPS Tracking Report.  *See* Exhibit F.

37. The Defendants, Justin Legendre and Mt. Vernon Community Development Program, are not in the Military as evidenced by the attached Exhibit G.

38. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

## COUNT II – BREACH OF NOTE

39. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, repeats and re-alleges paragraphs 1 through 38 as if fully set forth herein.

40. On April 29, 2022, the Defendant, Justin Legendre, executed under seal and delivered to T2 Financial LLC DBA/Revolution Mortgage a certain Note in the amount of $177,721.00.  *See* Exhibit B.

41. The Defendant, Justin Legendre, is in default for failure to properly tender the June 1, 2023, payment and all subsequent payments.  *See* Exhibit F.

42. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Justin Legendre.

43. The Defendant, Justin Legendre, having failed to comply with the terms of the Note and Mortgage, is in breach of both the Note and the Mortgage.

44. The Defendant, Justin Legendre's, breach is knowing, willful, and continuing.

45. The Defendant, Justin Legendre's, breach has caused Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

46. The total debt owed under the Note and Mortgage as of March 31, 2024, if no payments are made, is One Hundred Eighty-Seven Thousand Six Hundred Fifty-Eight and 31/100 ($187,658.31) Dollars.

47. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

48. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

49. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, repeats and re-alleges paragraphs 1 through 48 as if fully set forth herein.

50. By executing, under seal, and delivering the Note, the Defendant, Justin Legendre, entered into a written contract with T2 Financial LLC DBA/Revolution Mortgage who agreed to loan the amount of $177,721.00 to the Defendant.  *See* Exhibit B.

51. As part of this contract and transaction, the Defendant, Justin Legendre, executed the Mortgage to secure the Note and the subject property.  *See* Exhibit C.

52. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is the proper holder of the Note and successor-in-interest to T2 Financial LLC DBA/Revolution Mortgage and has performed its obligations under the Note and Mortgage.

53. The Defendant, Justin Legendre, breached the terms of the Note and Mortgage by failing to properly tender the June 1, 2023 payment and all subsequent payments. *See* Exhibit F.

54. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Justin Legendre.

55. The Defendant, Justin Legendre, having failed to comply with the terms of the Note and Mortgage, is in breach of contract.

56. The Defendant, Justin Legendre, is indebted to NewRez LLC d/b/a Shellpoint Mortgage Servicing in the sum of One Hundred Eighty-Seven Thousand Six Hundred Fifty-Eight and 31/100 ($187,658.31) Dollars, for money lent by the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, to the Defendant.

57. Defendant, Justin Legendre's, breach is knowing, willful, and continuing.

58. Defendant, Justin Legendre's, breach has caused Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

59. The total debt owed under the Note and Mortgage as of March 31, 2024, if no payments are made, is One Hundred Eighty-Seven Thousand Six Hundred Fifty-Eight and 31/100 ($187,658.31) Dollars.

60. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

61. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant but only seeks *in rem* judgment against the property.

## COUNT IV –UNJUST ENRICHMENT

62. The Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, repeats and re-alleges
    paragraphs 1 through 61 as if fully set forth herein.

63. T2 Financial LLC DBA/Revolution Mortgage, predecessor-in-interest to NewRez LLC
    d/b/a Shellpoint Mortgage Servicing, loaned the Defendant, Justin Legendre, $177,721.00.
    *See* Exhibit B.

64. The Defendant, Justin Legendre, has failed to repay the loan obligation.

65. As a result, the Defendant, Justin Legendre, has been unjustly enriched to the detriment of
    the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing as successor-in-interest to
    T2 Financial LLC DBA/Revolution Mortgage by having received the aforesaid benefits and
    money and not repaying said benefits and money.

66. As such, the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is entitled to
    relief.

67. If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter
    an Order finding that this action does not seek any personal liability on the part of the
    Defendant, but only seeks *in rem* judgment against the property.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, prays this
Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Determine the amounts due and priority of any Parties-In-Interest that appear in this action;

c) Determine that any superior mortgages to Town of Mt. Vernon Community Development
   Program have been paid in full and order those mortgages discharged;

d)  Grant possession to the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, upon the expiration of the period of redemption;

e)  Find that the Defendant, Justin Legendre, is in breach of the Note by failing to make payment due as of June 1, 2023, and all subsequent payments;

f)  Find that the Defendant, Justin Legendre, is in breach of the Mortgage by failing to make payment due as of June 1, 2023, and all subsequent payments;

g)  Find that the Defendant, Justin Legendre, entered into a contract for a sum certain in exchange for a security interest in the subject property;

h)  Find that the Defendant, Justin Legendre, is in breach of contract by failing to comply with the terms and conditions of the  Note and Mortgage by failing to make the payment due June 1, 2023 and all subsequent payments;

i)  Find that the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is entitled to enforce the terms and conditions of the Note and Mortgage;

j)  Find that by virtue of the money retained by the Defendant, Justin Legendre has been unjustly enriched at the Plaintiff's expense;

k)  Find that such unjust enrichment entitles the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, to restitution;

l)  Find that the Defendant, Justin Legendre, is liable to the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, for money had and received;

m) Find that the Defendant, Justin Legendre, has appreciated and retained the benefit of the Mortgage and the subject property;

n) Find that it would be inequitable for the Defendant, Justin Legendre, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

o) Find that the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, is entitled to restitution for this benefit from the Defendant, Justin Legendre;

p) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

q) Additionally, issue a money judgment against the Defendant, Justin Legendre, and in favor of the Plaintiff, NewRez LLC d/b/a Shellpoint Mortgage Servicing, in the amount of One Hundred Eighty-Seven Thousand Six Hundred Fifty-Eight and 31/100 ($187,658.31 Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs (If the Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property);

r) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
NewRez LLC d/b/a Shellpoint Mortgage
Servicing,
By its attorneys,

Dated: April 2, 2024

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com